1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM ADAMS,                          Case No. 1:15-cv-00642 DLB PC

12              Plaintiff,                    ORDER DENYING PLAINTIFF'S MOTION
                                             FOR COURT ORDER DIRECTING CLERK
13        v.                                 OF COURT TO ISSUE SUMMONS FORM

14   WAYNE ULIT, et al.,                      [ECF No. 9]

15              Defendants.

16

17        Plaintiff William Adams ("Plaintiff") is a California state prisoner proceeding pro se in this

18   civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 27, 2015.

19        On July 16, 2015, Plaintiff filed the instant motion seeking a court order directing the Clerk

20   of Court to issue summons forms so as to allow Plaintiff to effect service on Defendants.  Plaintiff is

21   advised that the Court is required to screen complaints brought by prisoners seeking relief against a

22   governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

23   Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

24   "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

25   monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

26   "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall

27   dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a

28   claim upon which relief may be granted."  28 U.S.C. § 1915(e)(2)(B)(ii).  In this case, the Court has

                                                    1

not yet screened the complaint, and service on Defendants has not yet been authorized.  Therefore, Plaintiff's motion for court order to direct the Clerk of Court to issue summons forms is DENIED. Plaintiff is advised that due to a scarcity of judicial resources, there is a vast backlog of cases pending.  The Court will proceed in screening Plaintiff's complaint in due course, but the Court must proceed first with those cases that have been pending the longest.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for court order directing the Clerk of Court to issue summons forms is DENIED.

IT IS SO ORDERED.

Dated:   **July 17, 2015**               /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE