# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. WAYNE ULIT, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-0642 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

　　　　Plaintiff William Adams, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 27, 2015. He consented to the jurisdiction of the Magistrate Judge on June 22, 2015.

　　　　On February 25, 2016, the Court screened the complaint and found it failed to state a cognizable claim for relief. Plaintiff was directed to file an amended complaint within thirty days. On March 24, 2016, Plaintiff filed a motion for extension of time to file an amended complaint. The motion was granted and the deadline to file an amended complaint was extended by thirty days. Over thirty days have passed and Plaintiff has failed to comply. Plaintiff was advised that failure to comply would result in dismissal of the action with prejudice for failure to state a claim.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed with prejudice for failure to state a claim. Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

1

<u>Failure to show cause, or failure to respond to this order, will result in dismissal of this action with prejudice.</u>

IT IS SO ORDERED.

   Dated:  **May 11, 2016**                               **/s/ Sandra M. Snyder**
                                                           UNITED STATES MAGISTRATE JUDGE