1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM ADAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>DR. WAYNE ULIT, et al.,<br><br>      Defendants. | Case No. 1:15-cv-0642 DLB PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br>[ECF No. 14]<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>**THIRTY-DAY DEADLINE** |
|---|---|

Plaintiff William Adams, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 27, 2015. He consented to the jurisdiction of the Magistrate Judge on June 22, 2015.

On February 25, 2016, the Court screened the complaint and found it failed to state a cognizable claim for relief. Plaintiff was directed to file an amended complaint within thirty days. On March 24, 2016, Plaintiff filed a motion for extension of time to file an amended complaint. The motion was granted and the deadline to file an amended complaint was extended by thirty days. Over thirty days passed and Plaintiff failed to comply. Plaintiff was advised that failure to comply would result in dismissal of the action with prejudice for failure to state a claim. Therefore, on May 11, 2016, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to comply.

1

1. On May 31, 2016, Plaintiff filed a response to the order to show cause.  Plaintiff states he mailed a request for an extension of time on April 25, 2016, but he did so in letter format.  It appears the request was not filed since any request must be made in motion form.  Plaintiff states he is now aware that he must correspond with the Court in motion form and not by letter.  Plaintiff states that he had requested an extension because he was still awaiting medical documents from the prison medical records department.

2. Good cause having been presented and good cause appearing therefor, the order to show cause is VACATED, and Plaintiff is GRANTED thirty days from the date of service of this order to file a First Amended Complaint.

IT IS SO ORDERED.

Dated:   **June 1, 2016**                               /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE